UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

DENISE MURPHY,
    Plaintiff

CIVIL CASE NO.: 3:12-CV-00875(AVC)

v.

LIFECHOICE DONOR SERVICES, INC., :
    Defendant

MAY 15, 2013

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Denise Murphy and Defendant LifeChoice Donor Services, Inc., through their undersigned counsel who are authorized by their respective clients to execute this stipulation, that the above-captioned action be dismissed, in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to either party.

| PLAINTIFF, | DEFENDANT, |
| --- | --- |
| DENISE MURPHY | LIFECHOICE DONOR SERVICES, INC., |
| By: /s/ Emanuele R. Cicchiello | By: /s/ Holly L. Cirri |
| Emanuele Robert Cicchiello (ct27118) | Holly L. Cirri (ct 16388) |
| Cicchiello & Cicchiello, LLP | Sarah R. Skubas (ct28327) |
| 364 Franklin Avenue | Jackson Lewis LLP |
| Hartford, CT 06114 | 90 State House Square, 8th Floor |
| P: (860) 296-3457 | Hartford, CT 06103 |
| mannya,cicchielloesq.corn | P: (860) 522-0404 |
| | F: (860)'247-1330 |
| | cinihjacksonlewis.com |
| | sarah.skubasnu jacksonlewis.com |